## NATIONAL LABOR RELATIONS BOARD, Petitioner-Appellee,

v.

## Lori IRISH, Respondent-Appellant.

### Nos. 13-17409, 14-15054

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed January 30, 2017

Helene Debra Lerner, Attorney, Michael Dean Berkheimer, Esquire, Barbara A. O'Neill, Esquire, Managing Senior Counsel, NLRB—National Labor Relations Board, Washington, DC

Lori Irish, Pro Se

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Lori Irish appeals pro se from the district court's order denying her motion for

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

release of seized funds in the National Labor Relations Board's ("NLRB") action to satisfy a prior judgment entered against Irish. We dismiss.

As both parties concede, the district court has not addressed all of the issues necessary to reach a final resolution in this action. Accordingly, we lack jurisdiction to review the district court's order because it was not final under 28 U.S.C. § 1291. *See Nat'l Distribution Agency v. Nationwide Mut. Ins. Co.*, 117 F.3d 432, 433 (9th Cir. 1997) ("A ruling is final for purposes of § 1291 if it (1) is a full adjudication of the issues, and (2) clearly evidences the judge's intention that it be the court's final act in the matter." (citation and internal quotation marks omitted)); *see also United States v. Lummi Indian Tribe*, 235 F.3d 443, 448 (9th Cir. 2000) ("A final decision is one that ends the litigation on the merits and leaves nothing for the court to do but execute the judgment. " (citations and internal quotation marks omitted)).

Irish's motion for the NLRB to supply a copy of her deposition is denied.

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.